**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Brian E. Pulfrey,** ) | |
| ) | |
| and ) | |
| ) | |
| **Kara L. Tappan,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| **HSBC Bank,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# COMPLAINT

COMES NOW the Plaintiffs, Brian E. Pulfrey and Kara L. Tappan, (hereafter referred to as "Plaintiffs") by and through Counsel, and as for the complaint against HSBC Bank (hereafter referred to as the Defendant), allege as follows:

PRELIMINARY STATEMENT

1. This is an action for actual, statutory and punitive damages, Attorney's fees and costs brought pursuant to 15 U.S.C. §1681 et. Seq. (Fair Credit Reporting Act), D.C. Code § 28-3814 and other applicable state and Federal statutes, code and common law.

JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. §1681(p), 47 U.S.C. §227(b)(3), 15 U.S.C. §1692k(d), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367. Declaratory relief is available pursuant to 28 U.S.C. §2201 and §2202. Venue in this District is proper in that the Plaintiffs both transact business here, and the Defendants transact business here, and the conduct complained of occurred here.

PARTIES

3. The Plaintiffs are natural persons who primarily conduct business in the District of Columbia.

4. The Plaintiffs are all "consumers" as defined by the FDCPA and FCRA.

5. Upon information and belief, the Defendant is incorporated under the laws of the state of Delaware.

6. Upon information and belief, the Defendant is registered with the District of Columbia as a foreign corporation.

7. The registered agent for the Defendant in the District of Columbia is CT Corporation System.

8. CT Corporation System has a mailing address listed as 1015 15TH STREET, N.W. STE. 1000, Washington, DC 20005.

STATEMENT OF FACTS

9. The Defendant has engaged in an illegal conspiracy and a pattern of behavior of reporting alleged debts in the names of the Plaintiffs to the major credit reporting agencies.

10. This conspiracy and the related behavior has caused serious and irreversible damage to the professional and personal lives of the Plaintiffs.

11. This conspiracy and the related behavior has caused severe financial harm to the Plaintiffs.

12. The Plaintiff's each retained the services of a consumer advocacy lawyer in the person of Richard J. Tappan, Esquire. (hereafter referred to as "Counsel") in an effort to pursue justice and clear their good names.

13. Counsel immediately demanded validation of the alleged debts for each of the Plaintiffs.

14. In each instance the Defendant was unable to validate these debts as required by the Fair Credit Reporting Act and D.C. Code § 28-3814.

15. Although the Defendant was unable to validate any of the debts, they further ignored the FCRA and D.C. Code § 28-3814 by refusing to remove the derogatory information from the major credit reporting agencies.

16. After receiving Plaintiff's requests in writing, and through Counsel, the Defendant failed to validate the alleged debts, nor has Defendant supplied valid documentation to support said alleged debt.

17. Plaintiff's have been declined credit, suffered higher interest rates on existing loans, and paid higher insurance premiums due in whole or in part to the negative information provided by the Defendant.

18. The Defendant has continued collection activities after receiving Plaintiffs' demand for validation of the debt.

19. The Plaintiffs have each been denied employment due to poor credit history contained on a consumer report, caused in whole or in part by Defendant's placement of derogatory information on Plaintiff's credit reports.

## COUNT I

### Claims Against Defendant Under the FCRA

20. Plaintiffs alleges and incorporates the information in paragraphs 1 through 19.

21. Defendant is responsible for willful violation of 15 U.S.C. §1681b et. seq. and is liable for statutory damages of up to $1000.00, per violation per Plaintiff, and punitive damages and reasonable Attorney's fees.

## COUNT II

### Violation of DC Code § 28-3814

22. Plaintiffs incorporate by reference paragraphs 1 through 21 above.

23. Kara L. Tappan has suffered actual damages of $29,672.54 as a result of Defendant's willful violation of the above sections.

24. Brian E. Pulfrey has suffered actual damages of $21,354.00 as a result of Defendant's willful violation of the above sections.

25. The Plaintiffs believe that the Defendant's willful violations of the above section merit an award of punitive damages in the amount of $1,900,000.00 to each Plaintiff, and any other such relief as this Court may deem just and proper.

26. Punitive damages are appropriate in this instance due to the willfulness of the Defendant's actions, and several aggravating factors including, but not limited to: the conspiratorial nature of the abuses, the ongoing and continuous pattern of the illegal behavior, the fact that even after Plaintiffs Counsel formally complained in writing, and invoked the FCRA and FDCPA, the Defendant still refused to remedy their actions, and the need to prevent the Defendant from harming more consumers with their ongoing conspiracy to violate the rights of consumers, and their flagrant disregard for the law.

## PRAYER FOR RELIEF

WHEREFORE the Plaintiffs request that this Honorable Court:

27. Order that HSBC Bank is to immediately remove any and all negative information from the three major credit reporting agencies, and never report the debts unless valid documentation can be produced.

28. Order that HSBC Bank pay the Plaintiff Kara L. Tappan $29,672.54 in actual damages.

29. Order that HSBC Bank pay the Plaintiff Brian E. Pulfrey $21,354.00 in actual damages.

30. Order that HSBC Bank pay the Plaintiffs $1,900,000.00 each in punitive damages.

31. Order that HSBC Bank pay reasonable Attorney fees and Court costs.

32. Order that HSBC Bank retract the invalid information from any and all third parties and advise any and all third parties the debt is invalid and should be deleted from any and all credit reports.

TRIAL BY JURY REQUESTED.

Respectfully Submitted,

_____/s/_____
Brian E. Pulfrey
Kara L. Tappan
(by and through Counsel)
Richard J. Tappan, Esq.
DCB #499813
1629 K Street, NW Suite 300
Washington, DC 20006
571-276-9681