**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BRIAN E. PULFREY, *et al.* | ) | |
| Plaintiffs, | ) | |
| – against – | ) | Case No. 1:11-cv-00201-ABJ |
| HSBC BANK, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby

stipulate to the dismissal of all claims in this action with prejudice and without costs to any party.

Dated:  September 27, 2011

**LAW OFFICES OF
RICHARD J. TAPPAN**

By:___ /s/ Richard J. Tappan_____
Richard J. Tappan (DC Bar No. 499813)
(Signed by Alexander C. Vincent with the
permission of Richard J. Tappan)
1629 K Street, N.W. Suite 300
Washington, DC 20006
Telephone:  (571) 276-9681
Email:  rich.tappan@gmail.com

*Counsel for Plaintiffs Brian E. Pulfrey and
Kara L. Tappan*

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:___ /s/ Alexander C. Vincent_____
Alexander C. Vincent (DC Bar No. 473459)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland  20854-6803
Tel.:  (301) 230-5200; Fax:  (301) 230-2891
E-mail:  avincent@shulmanrogers.com

*Counsel for Defendant HSBC Bank USA, N.A.*